**ELLIS M. JOHNSTON III**
California State Bar No. 223664
**CLARKE JOHNSTON THORP & RICE PC**
180 Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 756-7632
Fax: (619) 684-3569
E-Mail: trip@cjtrlaw.com

Attorney for Mr. Pilligua

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR896-JLS |
| Plaintiff, vs. | JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING |
| PEDRO CORNELIO PILLIGUA IDUARTE (2), | |
| Defendants. | |

The parties in this case request a continuance of the sentencing hearing date currently set for September 27, 2024, at 9:00 am, to October 31, 2024, at 9:00 am. The defense needs additional time to resolve several sentencing issues that necessitate obtaining and reviewing more documents and records. The parties agree that time is excludable under the Speedy Trial Act, 18 U.S.C. §3161.

Respectfully Submitted,

DATED: September 23, 2024

*s/ Ellis M. Johnston III*
**ELLIS M. JOHNSTON III**
Attorney for Mr. Pilligua

TARA K. MCGRATH
United States Attorney
*s/ Joshua C. Mellor*
**JOSHUA C. MELLOR**
Assistant U.S. Attorney
Attorneys for Plaintiff

1