UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>**PEDRO PILLIGUA IDUARTE (2),**<br>        Defendant. | CASE NO. 21CR896-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Motion for a continuance having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing from September 27, 2024 to October 31, 2024, at 9:00 am, is **GRANTED**.

**SO ORDERED.**

Dated:  September 23, 2024

Hon. Janis L. Sammartino
United States District Judge