1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11   | UNITED STATES OF AMERICA,          | Case No.:  21CR0896-JLS
12   |                         Plaintiff,  | **ORDER CONTINUING SENTENCING**
13   | v.                                  | **HEARING**
14   | CARMEN MIREYA ALARCON
15   | RIVERA (1),
     | PEDRO CORNELIO PILLIGUA
16   | IDUARTE (2),
17   |                        Defendants.

18

19       On the Court's own motion, the Sentencing Hearing currently set for January

20   31, 2025 shall be continued to **Friday, February 21, 2025**  at **9:00 a.m.**

21       IT IS SO ORDERED.

22   Dated:  January 23, 2025

23                                         *Janis L. Sammartino*
                                           Hon. Janis L. Sammartino
24                                         United States District Judge

25
26
27
28

1

21CR0896-JLS