SENTENCING SUMMARY CHART
[X AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 21, 2025

|  |  |
|---|---|
| USPO | ___ |
| AUSA | X |
| DEF | ___ |

Defendant's Name: Pedro Cornelio Pilligua-Iduarte   Docket No.: 21CR0896-JLS
Attorney's Name: Joshua C. Mellor   Phone No.: 619-546-9733
Guideline Manual Used: November 2024   Agree with USPO Calcs. No
Base Offense Level(s): USSG § 2D1.1(c)(1) - 3,408.40 kilogram of cocaine   38
Specific Offense Characteristics: USSG § 2D1.1(b)(18) - Safety Valve   -2
  0

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.   36
Adjustment for Acceptance of Responsibility [X Government Motion - USSG §3E1.1(b)]   -3

Total Offense Level:   33
Supervised Release Range (based on Total Offense Level): 5 to 5 years
Fine Range (based on Total Offense Level): $ 50,000 to $ 10,000,000

Criminal History Score:   0
Criminal History Category:   I
☐ Career Offender   ☐ Armed Career Criminal
Guideline Range:   from 135 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)   to 168 mths
Departures:
USSG §§ 5K2.0 & 4C1.1(a)(1) - Exp. Res./Combo & Zero-Point Offender   -2/-2
Resulting Guideline Range: Adjusted Offense Level: 29   from 87 mths
  to 108 mths

RECOMMENDATION:   **87 months' custody; 3 years S/R;

No fine; and $100 Special Assessment.
**Custody credit from 4/8/2021.

03/2023