**ELLIS M. JOHNSTON III**
California State Bar No. 223664
CLARKE JOHNSTON THORP & RICE PC
302 Washington Street, Suite 626
San Diego, CA 92103
Telephone: (619) 756-7632
Email: trip@cjtrlaw.com

Attorney for Mr. Pilligua

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO. 21CR896-JLS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SHORTEN TIME** |
| **PEDRO PILLIGUA IDUARTE**, | **DATE:** FEBRUARY 21, 2025 |
| Defendant. | **TIME:** 9:00 AM |

TO: ANDREW HAYDEN, ACTING UNITED STATES ATTORNEY; AND JOSHUA MELLOR, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that Mr. Pilligua, by and through his attorney, Ellis Johnston, asks this Court to enter an order shortening time, for the reasons stated in the attached declaration, in which he may file his sentencing memorandum, DE 103, originally submitted on February 19, 2025, to 2 days prior to the scheduled February 21 hearing.

Respectfully submitted:

Dated: February 19, 2025

*/s/ Ellis M. Johnston III*
**ELLIS M. JOHNSTON III**
Attorney for Mr. Pilligua

**ELLIS M. JOHNSTON III**
California State Bar No. 223664
CLARKE JOHNSTON THORP & RICE PC
180 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 756-7632
Email: trip@cjtrlaw.com

Attorney for Mr. Pilligua

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>**PEDRO PILLIGUA IDUARTE**,<br>　　　Defendant. | CASE NO. 21CR896-JLS<br><br>**DECLARATION IN SUPPORT OF MOTION TO SHORTEN TIME** |

I, Ellis M. Johnston III, state under penalty of perjury:

　　1)　I am over the age of 18 and competent to testify.

　　2)　I am the attorney of record for Pedro Pilligua in this case. I have been appointed under the Criminal Justice Act.

　　3)　I did not learn from the government until this weekend that it was recommending a departure for safety valve, a critical issue in this case. I was out of the District on Monday and yesterday had a reply brief due in the Ninth Circuit in *United States v. Payne*, 23-1592.

　　4)　In addition to a full CJA caseload, I am appointed as counsel of record in three federal capital-eligible cases in three different districts, one in the Southern

District of California, *United States v. Montellano*, 21cr1683-WQH, one in the Central District of California, *United States v. Alvarado*, 19cr117-ODW, and another in the Eastern District of California, *United States v. Orellana*, 22cr232-JLT, each requiring substantial travel. I have endeavored my best to file this sentencing memorandum as soon as possible.

I declare the foregoing to be true and correct to the best of my knowledge this 19th day of February, 2025.

Dated:  February 19, 2025

Respectfully submitted:

*s/ Ellis M. Johnston III*
**ELLIS M. JOHNSTON III**

Attorney for Mr. Pilligua